UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN EDGARDO RAMIREZ SOLIS, | Case No. 1:25-cv-00330-DCN |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| MIKE HOLLINSHEAD, et. al., | |
| Respondents. | |

Before the Court is Petitioner Kevin Edgardo Ramirez Solis's Unopposed Motion to Dismiss Case. Dkt. 20. Ramirez Solis explains this civil case has become moot considering recent proceedings in Immigration Court. *See generally id*. As noted, Respondents do not oppose the Motion to Dismiss.

In accordance with the Parties' agreement, and good cause appearing, the Motion is GRANTED.

1. This case is DISMISSED and CLOSED.

2. Petitioner's pending Motion to Amend/Correct (Dkt. 14) is dismissed as MOOT.

DATED: August 21, 2025

David C. Nye
Chief U.S. District Court Judge

**ORDER OF DISMISSAL - 1**